# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * *

In Re: JEFFREY DICKERSON
Attorney at Law, Bar # 2690

AD-2014-0001

## ORDER OF SUSPENSION

Upon receipt of an Order of Suspension filed in the Supreme Court of the State of Nevada on May 09, 2014, this Court issued an Order to Show Cause on May 29, 2014 providing Mr. Dickerson ten (10) days to respond with reasons why he should not be suspended from the practice of law in this Court. Mr. Dickerson responded on June 12, 2014 asking for an extension of time until June 30, 2014 to provide his response to the Order to Show Cause. The request for extension of time was granted.

Mr. Dickerson filed his response to the Order to Show Cause on June 30, 2014 and attached the record from his disciplinary hearing before the Nevada Supreme Court. Mr. Dickerson's response to the Order to Show Cause was as follows:

> "Pursuant to the Order of the Court, Mr. Dickerson requests that the Court determine that the suspension of his privilege to practice before this Court not be suspended."

LR IA 10-7(b)(1) is very clear that an attorney responding to an Order to Show Cause must show by "clear and convincing evidence" reasons this Court should not take reciprocal disciplinary action consistent with that of another court. Mr. Dickerson failed to present any reasons as required by this rule in support of his request to not be suspended.

Accordingly,

**IT IS HEREBY ORDERED** Jeffrey Dickerson, Nevada State Bar #2690, is hereby **SUSPENDED** from the practice of law before the United States District Court for the District of Nevada. Should Mr. Dickerson be readmitted to practice before the Nevada Supreme Court, he may petition this Court to be readmitted to practice. This petition must be filed with the Chief Judge of the Court and must articulate reasons supporting the request for readmission.

**DATED** this 3rd day of July, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 3rd of July, 2014, I cause to be served a true and correct copy of the foregoing **ORDER OF SUSPENSION** to the following parties by **Certified Mail, Return Receipt Requested** via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

Jeffrey A. Dickerson
9585 Prototype Court, Suite A
Reno, NV  89521

**Certified Mail No.:**   7009 0820 0001 6418 0019

/s/
_____
Alona Candito,
Employee of United States District Court,
District of Nevada

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Jeffrey A. Dickerson
Street, Apt. No.; or PO Box No.: 9585 Prototype Court, Suite A
City, State, ZIP+4: Reno, NV 89521

PS Form 3800, August 2006                See Reverse for Instructions

7009 0820 0001 6418 0019

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jeffrey A. Dickerson
   9585 Prototype Court, Suite A
   Reno, NV 89521

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Christine Harp     ☐ Agent  ☐ Addressee

B. Received by (Printed Name): CHRISTINE HARP
C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 0820 0001 6418 0019

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540